

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Republic Water Company of Texas, LLC, | § | No. 08-17-00001-CV |
| Appellant, | § | Appeal from the |
| v. | § | 112th District Court |
| Middle Pecos Groundwater Conservation District, | § | of Pecos County, Texas |
| | § | (TC# P-11956-112-CV) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court has received and filed the Appellant's Motion to Dismiss Appeal.

The appeal is therefore reinstated. The motion is set for submission on August 2, 2017.

IT IS SO ORDERED this 20th day of July, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.